HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare St. Ste. 330
Fresno, CA 93721
Telephone: 559-487-5561
Fax: 559-487-5950

Attorney for Defendant
LUIS ALBERTO HECHT ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00016-SAB |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING; ORDER** |
| vs. | ) |
| LUIS ALBERTO HECHT ROJAS, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Luis A. Hecht-Rojas, that sentencing currently scheduled for March 22, 2018, at 10:00 a.m., may be moved to May 3, 2018, at 10:00 a.m.

Mr. Hecht-Rojas is currently scheduled for sentencing on March 22, 2018. During this time period Mr. Hecht-Rojas has previously scheduled court dates in San Bernardino and Los Angeles Counties. Mr. Hecht-Rojas requests a continuance in order to attend to these court obligations.

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 9, 2018         */s/ Darin Rock*
                            DARIN ROCK
                            Special Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: March 9, 2018         */s/ Andrew Wong*
                            ANDREW WONG
                            Assistant Federal Defender
                            Attorney for Defendant
                            LUIS ALBERTO HECHT ROJAS


# **O R D E R**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for March 22, 2018, at 10:00 a.m., is hereby continued to May 3, 2018, at 10:00 a.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **March 14, 2018**

UNITED STATES MAGISTRATE JUDGE