# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

FILED
JUN 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 1:17CR16 SAB
Luis Alberto Hecht-Rojas )

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: U.S. District Court, 2500 Tulare Street Fresno CA
   *Place*
   on Self Surrender on Aug 1, 2018 at 10:00am to USM.
   *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/21/18

X _____
*Defendant's signature*

Date: 6/21/2018

_____
*Judicial Officer's Signature*
STANLEY A. BOONE, U. S. Magistrate Judge
*Printed name and title*