UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO HECHT-ROJAS,<br><br>Defendant. | Case No. 1:17-cr-00016-DAD-SAB<br><br>BRIEFING SCHEDULE<br><br>**See Local Rule 422** |

On July 2, 2018 the Clerk's Office filed a Notice of Appeal from a Magistrate Judge's decision in case 1:17−cr−00016-SAB. This appeal will proceed in the above−entitled case number.

Appellant is directed to immediately complete and submit the attached Transcript Designation and Ordering Form for Appeal of a Magistrate Conviction or Sentence and serve a copy on Appellee. The transcript will be ordered by the Clerk of the Court upon the receipt of the ordering form. The transcript will be filed with the Court and the Appellant will receive a copy by mail.

Appellant's Brief shall be served and filed within twenty−one (21) days after filing of the appropriate transcripts.

Appellee's brief shall be served and filed within twenty−one (21) days after the filing and service of appellant's brief.

Appellant may serve and file a reply brief within seven (7) court days after service of appellee's brief.

These dates may be altered by the assigned Judge upon application of the parties or otherwise.

Dated: July 18, 2018

        MARIANNE MATHERLY, CLERK OF THE COURT

By: */s/ Renée Gaumnitz*
    Renée Gaumnitz, Deputy Clerk