1  HEATHER E. WILLIAMS, CA Bar No.122664
   Federal Defender
2  HOPE ALLEY, CA Bar No. 314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant-Appellant
   LUIS ALBERTO HECHT ROJAS
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00016 DAD-SAB |
|---|---|
| Plaintiff, | **APPELLANT'S MOTION TO WITHDRAW APPEAL; ORDER** |
| vs. | |
| LUIS ALBERTO HECHT ROJAS, | Date: N/A |
| Defendant. | Time: N/A<br>Judge: Hon. Dale A. Drozd |

Defendant Gregory Hecht-Rojas hereby requests to withdraw his appeal.

On July 2, 2018, Mr. Hecht-Rojas filed a Notice of Appeal, seeking to challenge the sentence imposed by the magistrate judge.  *See* Docket No. 37.  Mr. Hecht-Rojas filed his opening brief on August 24, 2018.  *See* Docket No. 47.  The government filed its Motion to Dismiss Appeal on August 31, 2018.  *See* Docket No. 48.  Mr. Hecht-Rojas filed his Opposition to the Motion to Dismiss on September 7, 2018.  *See* Docket No. 49.

Mr. Hecht-Rojas now seeks to withdraw his appeal in this matter.  Mr. Hecht-Rojas has been on supervised release since his release from custody.   Mr. Hecht-Rojas has decided to focus on fulfilling his financial and community service obligation.

Accordingly, Mr. Hecht-Rojas requests that the Court permit him to withdraw his appeal.

/ / /

|   |                              |                                        |
|---|------------------------------|----------------------------------------|
| 1 |                              | Respectfully submitted,                |
| 2 |                              |                                        |
| 3 |                              | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 |                              |                                        |
| 5 | Date: September 17, 2018     | */s/ Hope Alley*<br>HOPE ALLEY         |
| 6 |                              | Assistant Federal Defender<br>Attorney for Defendant-Appellant |
| 7 |                              | LUIS ALBERTO HECHT ROJAS               |
| 8 | Date: September 17, 2018     | */s/ Luis Alberto Hecht Rojas*<br>LUIS ALBERTO HECHT ROJAS |

## **O R D E R**

**IT IS SO ORDERED.** Defendant Luis Alberto's Hecht-Rojas's appeal is hereby withdrawn.

IT IS SO ORDERED.

Dated: **September 17, 2018**    _____
UNITED STATES DISTRICT JUDGE