HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS HECHT ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>LUIS HECHT ROJAS,<br><br>*Defendant.* | Case No.  1:17-cr-00016-DAD-SAB<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND FOR APPOINTMENT OF NEW COUNSEL<br>(DECLARATION OF CONFLICT) |

Matthew Lemke, Assistant Federal Defender, and counsel of record in the above-captioned case, moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Luis Alberto Hecht Rojas. In support of this motion, he avers as follows:

1. A Violation Petition was filed in this matter on September 17, 2018.  ECF 52.

2. The Federal Defender's Office was appointed to represent Mr. Hecht Rojas on April 15, 2021, at his initial appearance in this district on the Violation Petition.  ECF No. 61. Undersigned counsel is an employee of the Federal Defender's office and was assigned to represent Mr. Hecht Rojas at the aforementioned initial appearance.

3. At the time of appointment, the Federal Defender's Office had completed its routine review for any potential conflicts and determined that no conflict existed.

4. Mr. Hecht Rojas, however, seeks to defend himself by claiming that he received ineffective assistance of counsel from a previous attorney employed by the Office of the Federal Defender, Fresno.

5. In light of the defense Mr. Hecht Rojas seeks to pursue, the Office of the Federal Defender has a conflict with continuing to represent him. Accordingly, the undersigned therefore requests to withdraw as counsel and for new counsel to be appointed from the CJA Panel.

Respectfully submitted,

DATED: January 14, 2022      */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorneys for Defendant
LUIS HECHT ROJAS

# **O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender is relieved from serving as counsel of record and that CJA Panel Attorney is hereby appointed.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE

Hecht Rojas: Declaration of Conflict