# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LUIS ALBERTO HECHT ROJAS,<br><br>          Defendant. | Case No.  1:17-cr-00016-DAD-SAB<br><br>ORDER DENYING STIPULATED MOTION TO CONTINUE STATUS CONFERENCE<br><br>(ECF Nos. 72, 73) |

On January 21, 2022, the Court issued an order appointing counsel for Defendant in this action.  (ECF No. 71.)  On March 17, 2022, the Court held a status conference which was continued until June 16, 2022, to allow for defense counsel to prepare and conduct further investigation.  (ECF No. 72.)  On June 14, 2022, the parties filed a stipulated motion to continue the status conference until August 19, 2022, to allow for defense counsel to prepare and conduct further investigation and legal research.  (ECF No. 73.)  The Court does not find good cause to continue the status conference given defense counsel was appointed nearly six months ago, and this matter has already been continued to allow for defense counsel to investigate the alleged probation violation.  The Court is inclined to proceed to set this matter for a contested hearing.

///

///

///

Accordingly, the stipulated motion to continue the status conference is denied and the parties shall appear on June 16, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **June 15, 2022**

UNITED STATES MAGISTRATE JUDGE