DANNY PRADO #276065
Law Office of Danny Prado
210 S. Mooney Blvd. Ste. A
Visalia, California 93291
Telephone: (559) 732-6431
Facsimile:  (559) 732-6432

Attorney for Defendant:
Luis Hecht-Rojas

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>LUIS HECHT-ROJAS<br>　　　　　　　　Defendant. | Case No.: 1:17-CR-00016-DAD-SAB-1<br><br>MOTION TO WITHDRAW AS COUSEL OF RECORD AND APPOINT CJA COUNSEL |

　　　Danny Prado, appointed counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant Luis Hecht-Rojas. As grounds he states:

1. Danny Prado was appointed to represent defendant on January 21, 2022.
2. At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Attorney Prado is resigning from the Criminal Justice Act Panel for the Eastern District of California.
4. As defendant is still in need of counsel to represent him, the Federal Public Defender's office has contacted Jeremy Dobbins, who is available and willing to accept the appointment.

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that new counsel, Jeremy Dobbins, be appointed.

DATED: July 6, 2022
/s/ DANNY PRADO
Danny Prado
Counsel for Luis Hecht-Rojas

## ORDER

IT IS SO ORDERED that Danny Prado may withdraw from his representation of LUIS HECHT-ROJAS, and that CJA panel counsel JEREMY DOBBINS shall be appointed.

IT IS FURTHER ORDERED that this matter is set for a status conference on Thursday, July 14, 2022 at 10:00 a.m. via video conference. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __July 7, 2022__

UNITED STATES MAGISTRATE JUDGE