PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS A. HECHT-ROJAS,<br><br>Defendant. | CASE NO. 1:17-CR-00016-DAD-SAB<br><br>STIPULATION AND ORDER TO CONTINUE CONTESTED HEARING<br><br>DATE: September 15, 2022<br>TIME: 10:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Plaintiff United States of America, by and through its counsel of record, and defendant Luis A. Hecht-Rojas, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is currently set for contested hearing on September 15, 2022.
2. Defense counsel was recently appointed, on July 8, 2022, to represent the defendant. Counsel is reviewing discovery and seeks additional time to prepare for a contested hearing and to explore resolution with the government. Additionally, the assigned probation officer, who would be the government's primary witness at the contested hearing, will be out of the office in training on September 15, 2022.

///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CONTESTED HEARING

1

3. The parties are requesting a continuance of the status conference to October 20, 2022 at 10:00 am.

Dated: September 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: September 1, 2022

/s/ Jeremy M. Dobbins
Jeremy M. Dobbins
Attorney at Law
Law Office Of Jeremy M. Dobbins
Counsel for Defendant

## **O R D E R**

IT IS HEREBY ORDERED that the contested hearing in this case is continued from September 15, 2022 to October 20, 2022 at 10:00 am.

IT IS SO ORDERED.

Dated: **September 2, 2022**

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CONTESTED HEARING

2