Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Counsel for Defendant,* Luis A. Hecht-Rojas

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS A. HECHT-ROJAS,<br><br>Defendant. | **CASE NO. 1:17-CR-00016-ADA-SAB**<br><br>**AMENDED JOINT STATUS REPORT**<br><br>DATE: October 19, 2022<br>TIME: 2:00 PM<br>JUDGE: Hon. Stanley A. Boone |
|---|---|

TO THE HONORABLE COURT:

This case is set for a Contested Hearing on October 20, 2022.  The parties submit the following joint status report:

1. Discovery in this matter is ongoing.

2. Defendant was charged with one (1) violation of the terms of his supervised release.

3. Defense Counsel was recently substituted into the case.

4. A resolution to the alleged violation is being discussed.

5. The parties need more time to finalize terms which will likely resolve the matter.

6. The parties have agreed to vacate the Contested Hearing scheduled for October 20, 2022, at 10:00am.

7. The parties have agreed to continue the matter for either a Contested Hearing or an Admission Hearing on December 15, 2022, at 10:00 am (the next misdemeanor calendar).

8. The parties will not seek any more continuances.

Dated: October 19, 2022

**PHILLIP A. TALBERT**
United States Attorney

/s/ Chan Hee Chu
Chan Hee Chu
Special Assistant United States Attorney

**LAW OFFICE OF JEREMY M. DOBBINS**

Dated: October 19, 2022

 /s/ Jeremy M. Dobbins
Jeremy M. Dobbins
Counsel for Defendant
LUIS A. HECHT-ROJAS

### ORDER

IT IS HEREBY ORDERED that the contested hearing in this case is hereby vacated and a Contested Hearing is set for December 15, 2022 at 10:00 am. The defendant is ordered to appear. No further continuances will be granted absent good cause.

IT IS SO ORDERED.

Dated:  **October 20, 2022**

UNITED STATES MAGISTRATE JUDGE

**AMENDED JOINT STATUS REPORT**

**PROOF OF SERVICE**
1:17-CR-00016-ADA-SAB

 My business address is 1225 E. Divisadero Street, Fresno, CA 93721. I am employed in Fresno, California. I am over the age of 18 years and am not a party to this case.

 On the date indicated below, I served the foregoing document(s) described as **JOINT STATUS REPORT** to all interested parties in this action as indicated in the attached service list and in the manner as described below:

 JEFFREY A. SPIVAK
 CHAN HEE CHU
 United States Attorney
 2500 Tulare Street, Suite 4401
 Fresno, CA 93721
 Email: Jeffrey.spivak@usdoj.gov
    Chan.hee.chu@usdoj.gov

____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business at Fresno, California.

____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s) by hand, to the office(s) of the address(es) on the proceeding page.

__X__ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the address(es) designated on the proceeding page.

____ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the address(es) on the proceeding page.

 **EXECUTED ON October 20, 2022 at Fresno, California.**

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

By: _____
Carragan Huerta, Declarant

