1  Jeremy Dobbins, Esq. SBN 320648
2  Law Office of Jeremy M. Dobbins
3  1225 E. Divisadero Street
   Fresno, CA 93721
4  Telephone: (559) 306-6580
   Facsimile: (559) 316-4070
5  E-mail: jeremy@jeremymdobbins.com

6  *Counsel for Defendant,* Luis A. Hecht-Rojas

7               UNITED STATES DISRICT COURT
8               EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS A. HECHT-ROJAS,<br><br>Defendant. | **CASE NO. 1:17-CR-00016-ADA-SAB**<br><br>**JOINT STATUS REPORT**<br><br>DATE: December 15, 2022<br>TIME: 10:00 AM<br>JUDGE: Hon. Stanley A. Boone |

TO THE HONORABLE COURT:

This case is set for a Contested Hearing on October 20, 2022.  The parties submit the following joint status report and stipulation:

1. Defendant was charged with one (1) violation of the terms of his supervised release.

2. A resolution to the alleged violation has been agreed upon by the parties. Defendant is to be on supervised release for one year. During that time, defendant is to complete 200 hours of community service.

3. The parties have agreed to vacate the Contested Hearing scheduled for December 15, 2022, at 10:00 a.m.

4. The parties have agreed to schedule an Admission Hearing on December 15, 2022, at 10:00 a.m. in lieu of the Contested Hearing.



- 1 -
**AMENDED JOINT STATUS REPORT**

5.  Probation has been notified of this agreement and change of hearing.

| | |
|---|---|
| Dated:  December 12, 2022 | **PHILLIP A. TALBERT**<br>United States Attorney<br><br>/s/ Chan Hee Chu<br>Chan Hee Chu<br>Special Assistant United States Attorney |
| Dated:  December 12, 2022 | **LAW OFFICE OF JEREMY M. DOBBINS**<br><br>  /s/ Jeremy M. Dobbins<br>Jeremy M. Dobbins<br>Counsel for Defendant<br>LUIS A. HECHT-ROJAS |

### ORDER

IT IS HEREBY ORDERED that the contested hearing in this case is hereby vacated and a Status Conference/Admission is set for December 15, 2022 at 10:00 am.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **December 13, 2022**

UNITED STATES MAGISTRATE JUDGE



**PROOF OF SERVICE**
1:17-CR-00016-ADA-SAB

My business address is 1225 E. Divisadero Street, Fresno, CA 93721. I am employed in Fresno, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **JOINT STATUS REPORT** to all interested parties in this action as indicated in the attached service list and in the manner as described below:

JEFFREY A. SPIVAK
CHAN HEE CHU
United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Email: Jeffrey.spivak@usdoj.gov
          Chan.hee.chu@usdoj.gov

____(BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business at Fresno, California.

____(BY PERSONAL SERVICE) I caused delivery of such envelope(s) by hand, to the office(s) of the address(es) on the proceeding page.

__X__(BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail address(es) of the address(es) designated on the proceeding page.

____(BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the address(es) on the proceeding page.

**EXECUTED ON December 13, 2022 at Fresno, California.**

_____(STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  __X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

By: _____
Carragan Huerta, Declarant



**AMENDED JOINT STATUS REPORT**