# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00016-SAB-1 |
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING TO MARCH 16, 2023, AT 10:00 A.M. |
| v. | |
| LUIS ALBERTO HECHT ROJAS, | (ECF Nos. 90, 93) |
| Defendant. | |

On December 15, 2022, Defendant Luis Alberto Hecht Rojas admitted to a violation of his terms of supervised release, the matter was referred to U.S. Probation and Pretrial Services ("Probation Office"), and the Court set the matter for sentencing to occur on February 10, 2023. (ECF No. 90.)  On February 10, 2023, the Court held a sentencing hearing and the matter was continued to February 16, 2023, to allow the Probation Office to obtain additional information from the Defendant's supervising probation officer.  (ECF No. 93.)  The Court has been made aware that the Probation Office needs additional time to obtain such information, and thus the Court shall further continue the matter to allow for all information to be obtained and available to all parties before the sentencing hearing.

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The sentencing hearing set for February 16, 2023, is CONTINUED to March 16,

3          2023, at 10:00 a.m., in Courtroom 9; and

4    2.    The Defendant is ordered to be present in person.

5

6    IT IS SO ORDERED.

7    Dated:   **February 15, 2023**    _____

                                        UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2