Jeremy Dobbins, Esq. SBN
Law Office of Jeremy M. Dobbins
1225 E. Divisadero Street
Fresno, CA 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070
E-mail: jeremy@jeremymdobbins.com

*Counsel for Defendant,* Luis A. Hecht-Rojas

UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS A. HECHT-ROJAS,<br><br>Defendant. | **CASE NO. 1:17-CR-00016-ADA-SAB**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF JEREMY M. DOBBINS AS ATTORNEY OF RECORD AND ORDER** |

TO THE HONORABLE COURT:

On June 22, 2018, Defendant Luis Hecht-Rojas was sentenced on federal charges. Defendant violated the terms of his release on September 17, 2028. CJA Panel Attorney Jeremy M. Dobbins was appointed as trial counsel to represent Mr. Hecht-Rojas on July 7, 2022, in his criminal case. Mr. Hecht-Rojas was sentenced pursuant to a plea agreement on March 16, 2023. Defendant waived right to appeal. No direct appeal was filed. Having completed his representation of Mr. Hecht-Rojas CJA attorney Jeremy M. Dobbins now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hecht-Rojas require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

**MOTION TO TERMINATE CJA APPOINTMENT OF JEREMY M. DOBBINS AS ATTORNEY OF RECORD AND ORDER**

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:  April 28, 2023          **LAW OFFICE OF JEREMY M. DOBBINS**

         /s/ Jeremy M. Dobbins
Jeremy M. Dobbins
Counsel for Defendant
LUIS A. HECHT-ROJAS

## ORDER

Having reviewed the notice and found that attorney Jeremy M. Dobbins has completed the services for which he was appointed, the Court hereby grants attorney Jeremy M. Dobbins's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Luis Hecht-Rojas at the following address and to update the docket to reflect Defendant's pro se status and contact information.

LUIS A. HECHT-ROJAS
326 CYPRESS ST
BAKERSFIELD, CA 93304

IT IS SO ORDERED.

Dated:   **April 28, 2023**

UNITED STATES MAGISTRATE JUDGE